UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

-----------------------------------------------------------X

MELISSA PHILLIPS,

                   Plaintiff,

                                   **CASE NUMBER:**

            -against-                    **COMPLAINT AND**
                                   **DEMAND FOR JURY TRIAL**

BRITISH AIRWAYS PLC,

                   Defendant.

-----------------------------------------------------------X

Plaintiff, **MELISSA PHILLIPS**, by her attorneys, **WEITZ & LUXENBERG, P.C.,** alleges that, at all relevant times hereinafter mentioned:

1.      Plaintiff, **MELISSA PHILLIPS,** is a citizen of the United States of America and resides in Bethesda, Maryland.

2.      Defendant, **BRITISH AIRWAYS,** is a British corporation with its principal place of business in Harmondsworth, United Kingdom.

## JURISDICTION

3.      This Court has jurisdiction over this action pursuant to 28 USC §1331 because the rights of the plaintiff to recover damages from the defendant arise under a Treaty entered into by the United States, commonly referred to as the "Montreal Convention," and which is formally known as the "Convention for the Unification of Certain Rules for International Carriage by Air."

4.     Venue is appropriate in this Court based upon Article 33 of the Montreal Convention and 28 USC § 1391 (b) because the defendant resides in this district.

## FACTUAL ALLEGATIONS

5.     Prior to March 20, 2023, plaintiff was issued a round-trip ticket from Dulles International airport to Ben Gurion airport with a layover in Heathrow airport, London.

6.     On March 21, 2023, plaintiff was a  passenger on defendant's flight # BA0162 from Ben Gurion airport to Heathrow airport when she slipped and fell while disembarking from defendant's plane.

7.     As a result of the fall, plaintiff suffered severe and permanent physical injuries, incurred medical expenses, and experienced pain and suffering.

## FIRST CAUSE OF ACTION

### Strict Liability Under the Montreal Convention

8.     Plaintiff re-alleges herein each and every allegation contained in the preceding paragraphs of this Complaint.

9.     This First Cause of Action is brought pursuant to the Convention for International Carriage by Air ("Montreal Convention"), Article 17, which provides that the defendant is strictly liable for damages sustained in the case of a passenger's bodily injury resulting from an accident which took place in the course of any of the operations of disembarking.

10. The occurrence described hereinabove was an "accident" as defined by Article 17 of the Montreal Convention.

11. By reason of the aforesaid accident, and, pursuant to Article 21(1) of the Montreal Convention, plaintiff is entitled to recover damages from defendant without proof of negligence in a sum up to the equivalent of 128,821 Special Drawing Rights (SDRs) calculated on the date of judgment.

## SECOND CAUSE OF ACTION

### Negligence under Article 21(2) of the Montreal Convention

12. Plaintiff re-alleges herein each and every allegation contained in the preceding paragraphs of this Complaint.

13. This Second Cause of Action is brought under Article 21(2) of the Montreal Convention, under which defendant is liable for damages in excess of 128,821 SDRs unless the defendant proves the bodily injuries suffered by plaintiff were not due to the negligence or other wrongful act or omission of the carrier or its servants or agents.

14. The injuries suffered by plaintiff were caused solely by the negligence or other wrongful act or omission of the defendant, its servants, and préposés.

15. As a result of the foregoing, and pursuant to Article 21(2) of the Montreal Convention, plaintiff is entitled to recover damages in a sum in excess of 128,821 SDRs.

16. By reason of the aforesaid, defendant is strictly liable to plaintiff for 128,821 SDRs and is liable without limit if defendant fails to prove its freedom from negligence or any other wrongful act or omission.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff demands judgment against defendant in a sum that exceeds 128,821 SDRs, together with interest from March 21, 2023, costs of suit and attorney's fees and such other relief as the Court deems proper.

Dated: New York, NY
November 9, 2023

WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff
700 Broadway
New York, New York10003
Telephone No.: (212)-558-5594

By: _____
Jason Weiner, Esq.
Maryland Bar #: 30066
E-mail: jweiner@weitzlux.com

To: British Airways PLC
c/o The Corporation Trust, Incorporated
2405 York Rd.
Lutherville Timonium, MD 21093-2264

## DEMAND FOR A JURY TRIAL

Demand is hereby made for a trial by Jury.


Dated: New York, N.Y.
         November 9, 2023

> WEITZ & LUXENBERG, P.C.
> Attorneys for Plaintiff
> 700 Broadway
> New York, New York 10003
> Telephone No.: (212)-558-5594

By:    _____

> Jason Weiner, Esq.
> Maryland Bar #: 30066
> E-mail: jweiner@weitzlux.com